**EXHIBIT 1:** PHOTOGRAPH

