**EXHIBIT 2:** INFRINGEMENT

URL: https://www.kqed.org/pop/108284/victoria-season-3-premiere-recap-god-save-the-queen

