AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave., S.E.**<br>**Washington, D.C. 20559** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION       [ ] APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED<br>May 30, 2025 | 450 Golden Gate Ave. San Francisco, CA 94102<br>San Francisco California 94102 |
| PLAINTIFF<br>Michael Grecco Productions, Inc. | DEFENDANT<br>KQED Inc | |

| COPYRIGHT REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA 2-030-740 | | Michael Grecco Productions, Inc. |
| 2 | | |
| 3 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[ ] Order     [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes     [ ] No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION**  
1) Upon initiation of action, mail copy to Register of Copyrights  
2) Upon filing of document adding copyright(s) mail copy to Register of Copyrights  
3) Upon termination of action mail copy to Register of Copyrights  
4) In the event of an appeal, forward copy to Appellate Court  
5) Case File Copy