UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KQED INC, <br><br> Defendant. | Case No. 25-cv-04554-TSH <br><br> **ORDER GRANTING MOTION TO SET ASIDE DEFAULT** <br><br> Re: Dkt. No. 13 |

Defendant KQED Inc. moves to set aside default pursuant to Federal Rule of Civil Procedure 55(c). ECF No. 13. No opposition has been filed. The Court finds this matter suitable for disposition without oral argument and **VACATES** the August 28, 2025 hearing.[1] *See* Civ. L.R. 7-1(b).

Federal Rule of Civil Procedure 55(c) provides that a court may set aside an entry of default for good cause. Here, Defendant has shown good cause exists to set aside its default, and Plaintiff has failed to file any opposition or otherwise shown why default should not be set aside. Accordingly, the Court **GRANTS** Defendant's motion and **SETS ASIDE** default.

**IT IS SO ORDERED.**

Dated: July 25, 2025

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] The parties consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). ECF Nos. 15, 16.