Craig Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 131277

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Grecco Productions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> KQED Inc, <br><br> Defendant. | Case No. 3:25-cv-04554-TSH |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

//
//
//
//
//
//

1  DATED: October 22, 2025

2  **SANDERS LAW GROUP**

3  By: */s/ Craig Sanders*
   Craig Sanders, Esq.
4  333 Earle Ovington Blvd, Suite 402
   Uniondale, NY 11553
5  Tel: (516) 203-7600
   Email: csanders@sanderslaw.group
6  File No.: 131277

7  *Attorneys for Plaintiff*